UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: Precious Okereke | ) ) ) | MBD No. 19-91170-LTS |

<u>ORDER</u>

May 22, 2019

SOROKIN, J.

On April 24, 2019, Precious Okereke, proceeding *pro se*, submitted a complaint accompanied by exhibits, proposed summons and an Application to Proceed in District Court Without Prepaying Fees or Costs.

The papers are before the undersigned as the miscellaneous business docket judge pursuant to a September 19, 2012 Memorandum and Order providing that:

> Plaintiff Precious Okereke is precluded from filing any additional papers, claims, cases, files, complaints, or anything resembling those pleadings, or any other documents in the United States District Court for the District of Massachusetts, in any manner, way or form, without first obtaining the written approval of the Miscellaneous Business Docket Judge of the United States District Court for the District of Massachusetts.

*Okereke v. Boston Police Hackney Div.*, C.A. No. 11-11626-RWZ (D. Mass. Sept. 19, 2012)

(Docket No. 8).  That Memorandum and Order states further that:

> If plaintiff Precious Okereke undertakes to file additional papers in this Court, she shall file a written petition seeking leave of court to do so.  The petition must contain a copy of this  Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for her filing.

*Id.*

Here, Okereke did not file a written petition seeking leave of court to file a new complaint.  Further, she did not file a copy of the September 19, 2012 Memorandum and Order or a certification under oath that there is a good faith basis for her filing.

For the foregoing reasons, Okereke's implicit request to file the complaint and fee-waiver application on the civil docket of this court is DENIED for failing to comply with the September 19, 2012 Memorandum and Order.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge